**UNITED STATES DISTRIC COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| VOTE.ORG,<br>*Plaintiff*,<br><br>v.<br><br>JACUELYN CALLANEN, in her official capacity as the Bexar County Elections Administrator; BRUCE ELFANT, in his official capacity as the Travis County Tax Assessor-Collector; REMI GARZA, in his official capacity as the Cameron County Elections Administrator; MICHAEL SCARPELLO, in his official capacity as the Dallas County Elections Administrator,<br>*Defendants,*<br><br>And<br><br>KEN PAXTON, in his official capacity as the Attorney General of Texas, LUPE C. TORRES, in his official capacity as Medina County Elections Administrator, and TERRIE PENDLEY, in her official capacity as Real County Tax Assessor-Collector,<br>*Intervenor-Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 5:21-cv-00649 |

---

**INTERVENOR-DEFENDANTS KEN PAXTON, LUPE C. TORRES, AND TERRIE PENDLEY'S NOTICE OF APPEAL**

---

TO THE HONORABLE JUDGE JASON K. PULLIAM:

Intervenor Defendants-Intervenor Ken Paxton, Lupe C. Torres, and Terrie Pendley file this Notice of Appeal to the United States Court of Appeals for the Fifth Circuit from the Court's Final Judgment (ECF 145) entered on June 17, 2022, and the Memorandum Opinion and Order entered on June 16, 2022 (ECF 144).

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

GRANT DORFMAN
Deputy First Assistant Attorney General

SHAWN COWLES
Deputy Attorney General for Civil Litigation

THOMAS A. ALBRIGHT
Chief for General Litigation Division

/s/ *Cory A. Scanlon*
**CORY A. SCANLON**
State Bar No. 24104599
cory.scanlon@oag.texas.gov
Assistant Attorney General
**KATHLEEN T. HUNKER***
State Bar No. 24118415
kathleen.hunker@oag.texas.gov
Special Counsel
**JOHNATHAN STONE**
State Bar No. 24071779
johnathan.stone@oag.texas.gov
Assistant Attorney General
**MICHAEL R. ABRAMS**
State Bar No. 24087072
michael.abrams@oag.texas.gov
Assistant Solicitor General

*Admitted *pro hac vice*

Office of the Attorney General
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Telephone (512) 463-2120
Facsimile: (512) 320-0667

***Counsel for Intervenor-Defendant Ken Paxton, in his official capacity as Attorney General of Texas***

*/s/ Autumn Hamit Patterson*
ROBERT HENNEKE
Texas Bar No. 24046058
rhenneke@texaspolicy.com
CHANCE WELDON
Texas Bar No. 24076767
cweldon@texaspolicy.com
AUTUMN HAMIT PATTERSON
Texas Bar No. 24092947
apatterson@texaspolicy.com
TEXAS PUBLIC POLICY FOUNDATION
901 Congress Avenue
Austin, Texas 78701
Telephone: (512) 472-2700
Facsimile: (512) 472-2728

*ATTORNEYS FOR INTERVENOR-DEFENDANTS LUPE C. TORRES AND TERRIE PENDLEY*

## CERTIFICATE OF SERVICE

I hereby certify that on June 17, 2022 a true and correct copy of the foregoing document has been sent by electronic notification to all counsel of record through ECF by the United States District Court, Western District of Texas, San Antonio Division.

/s/ *Cory A. Scanlon*
CORY A. SCANLON
Assistant Attorney General