# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
December 15, 2023
Lyle W. Cayce
Clerk

No. 22-50536

Vote.Org,

*Plaintiff—Appellee*,

*versus*

Jacquelyn Callanen; Et al.,

*Defendants*,

*versus*

Ken Paxton, *In His Official Capacity as the Attorney General of Texas*; Lupe C. Torres, *In His Official Capacity as the Medina County Elections Administrator*; Terrie Pendley, *In Her Official Capacity as the Real County Tax Assessor-Collector*,

*Intervenor Defendants—Appellants*.

Appeal from the United States District Court
for the Western District of Texas
USDC No. 5:21-CV-649

Before Barksdale, Southwick, and Higginson, *Circuit Judges*.

J U D G M E N T

This cause was considered on the record on appeal and was argued by counsel.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is REVERSED and RENDERED.

IT IS FURTHER ORDERED that each party bear its own costs on appeal.

Stephen A. Higginson, *Circuit Judge*, dissenting.